IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DENNIS TALBERT HUTTO,**

    Petitioner,

v.                                                        **Case No. 5:17cv8-MW/CAS**

**JULIE JONES, Secretary,**
**Florida Department of Corrections,**

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall ensure that this case file, including any service copies and pending motions, is **TRANSFERRED** to the United States District Court for the Middle District of Florida, Jacksonville Division. The Clerk shall close this file.

**SO ORDERED on February 17, 2017.**

                                                      s/Mark E. Walker          ____
                                                      **United States District Judge**